UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

SHANNON AKERS, et al., :
         Plaintiffs, : No. 5:15-cv-2512
    v. :
   :
ROBERT J. AKERS, :
         Defendant. :
_____

**O R D E R**

**AND NOW**, this 31st day of July, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**: Plaintiff's Motion to Freeze Assets, ECF No. 2, is **DENIED**.

                        BY THE COURT:

                        */s/ Joseph F. Leeson, Jr.*
                        JOSEPH F. LEESON, JR.
                        United States District Judge